In re MERTZ'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. April, 1896.) Judicial settlement of the intermediate accounts of Loren M. Kittsley, as executor, etc., of John Merz, deceased. No opinion. Order affirmed, with costs against the appellant personally.